## ROSHUN C. JONES *v.* COMMISSIONER OF CORRECTION

The petitioner Roshun C. Jones' petition for certification for appeal from the Appellate Court, 132 Conn. App. 907 (AC 33021), is denied.

*Justine F. Miller*, assigned counsel, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided February 3, 2012

## US BANK, N.A. *v.* MONICA L. SULLENDER ET AL.

The petition by the defendant Ethan Book for certification for appeal from the Appellate Court (AC 33508) is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Ethan Book*, pro se, in support of the petition.

Decided February 3, 2012

## COMMISSIONER OF CORRECTION ET AL. *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

## COMMISSIONER OF CORRECTION *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The defendant David P. Taylor's petition for certification for appeal from the Appellate Court, 129 Conn. App. 425 (AC 32409), is denied.

*David P. Taylor*, pro se, in support of the petition.

*J. William Gagne, Jr.*, in opposition.

Decided February 10, 2012